```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 10675
   LISA CAROL CLEMENTS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0441

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/14/2007 and was not confirmed.

     The case was dismissed without confirmation 07/30/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          7156.55          .00           .00
COMMONWEALTH EDISON        UNSECURED          2735.59          .00           .00
CONSUMER PORTFOLIO SERV    SECURED NOT I        .00            .00           .00
CONSUMER PORTFOLIO SERV    SECURED NOT I        .00            .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1927.44          .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------         --------------
TOTALS                     .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                   /s/ Tom Vaughn
     Dated: 10/18/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```